1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

James RUTHERFORD,

Plaintiff,

v.

Lawrence W. KELLY,
Michael K. MURPHY, and
DOES 1–10,

Defendants.

Case No.:  20-cv-00293-L-BGS

**NOTICE AND ORDER FOR
EARLY NEUTRAL EVALUATION
CONFERENCE**

IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case will be held on **May 5, 2021**, at **2:00 pm** before United States Magistrate Judge Bernard G. Skomal **via video conference**.  Instructions regarding the videoconference are included below.

**The following are <u>mandatory</u> guidelines for the parties preparing for the Early Neutral Evaluation Conference.**

1.    **<u>Purpose of Conference:</u>**  The purpose of the Early Neutral Evaluation Conference ("ENE") is to permit an informal discussion between the attorneys, parties, and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case.  All conference discussions will be informal, off the record,

1

privileged and confidential.  Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.

2.     **Personal Appearance of Parties Is Required:**  All parties, adjusters for insured defendants, and other representatives of a party having full and complete authority to enter into a binding settlement, and the principal attorneys responsible for the litigation, must be present and legally and factually prepared to discuss settlement of the case.

3.     **Full Settlement Authority Required:**  All parties, adjusters for insured defendants, and client representatives must be present and have full and complete authority to enter into a binding settlement at the ENE.[1]  The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.  Counsel for a government entity may be excused from this requirement so long as the government attorney who attends the ENE conference (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers which the attorney is willing to recommend to the government official having ultimate settlement authority.  Other parties seeking permission to be excused from attending the ENE in person must follow the procedures outlined in Judge Skomal's Chambers' Rules.  (*See* Judge Skomal's Chambers' Rules II.C.)  Failure of any of the above parties to appear at the ENE conference without the Court's permission will be grounds for sanctions.  The principal attorneys responsible for the litigation must also be present in person and prepared to discuss all of the **legal and factual** issues in the case.

---

[1] "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Intl., Inc.*, 216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The person must be able to bind the party without the need to call others not present at the conference for authority or approval. The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. *Id.* at 486.  A limited or a sum certain of authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590 (8th Cir. 2001).

4.    **Requests to Continue an ENE Conference:**  Requests to continue ENEs are rarely granted.  The Court will, however, consider formal motions to continue an ENE when extraordinary circumstances exist and the other party has no objection.  If another party objects to the continuance, counsel for both parties must call chambers and discuss the matter with the research attorney/law clerk assigned to the case before any motion may be filed.  **Any request for a continuance must be made as soon as counsel is aware of the circumstances that warrant rescheduling the conference.** Requests to continue the ENE based on preexisting scheduling conflicts must be raised within 10 days of the Court's issuance of this Order.

Based upon the Court's familiarity with these matters and in the interest of promoting the just, efficient and economical determination of this action, **IT IS ALSO HEREBY ORDERED**:

5.    All formal discovery shall be stayed in this case until the completion of the Early Neutral Evaluation Conference set herein;

6.    On or before **April 14, 2021**, Plaintiff's counsel shall lodge with Magistrate Judge Skomal's chambers and serve on opposing counsel a statement, not in excess of two pages, including:

(a)    An itemized list of the specific issues on the subject premises which are the basis of the claimed violations under the Americans with Disabilities Act;

(b)    A statement of the amount and category of damages claimed by Plaintiff in this action;

(c)    The amount claimed for attorney's fees and costs; and,

(d)    Plaintiff's demand for settlement of the case in its entirety.

7.    On or before **April 21, 2021**, after service of Plaintiff's statement, or whether or not Plaintiff's statement is served, counsel for the parties **shall meet and confer in person at the subject premises** regarding settlement of (a) alleged premise violations, and (b) damages, costs and attorney fee claims.  Plaintiff's counsel shall be

1   responsible to make arrangements for the conference.  **The meet and confer obligation**

2   **cannot be satisfied by telephone or by the exchange of letters.**

3   8.   On or before **April 28, 2021**, counsel shall lodge with Magistrate Judge

4   Skomal's chambers a joint statement advising the Court of the status of settlement

5   negotiations and setting forth all issues in dispute, including property issues, Plaintiff's

6   alleged damages, and the claim for attorney's fees and costs, along with a description of

7   any settlement demands and/or offers exchanged.

8   9.   The parties must also each submit a short Early Neutral Evaluation

9   Conference Statement about the case on a confidential basis, on or before **April 28, 2021**.

10   The statement must be emailed to **efile_skomal@casd.uscourts.gov.**

11   10.   **Settlement Prior to ENE Conference:**   The Court encourages the parties

12   to work on settling the matter in advance of the ENE Conference.  In the event that the

13   parties resolve the matter prior to the day of the conference, the following procedures

14   must be followed before the Court will vacate the ENE and excuse the parties from

15   appearing:

16   A.   The parties may file a Joint Motion to Dismiss and submit a proposed

17   order to the assigned district judge.  If a Joint Motion to Dismiss is filed, the Court will

18   immediately vacate the ENE;

19   B.   If the parties settle more than 24 hours before the conference but are

20   not able to file a Joint Motion to Dismiss, they must file a Notice of Settlement

21   containing the electronic signatures of counsel for all settling parties and must also

22   identify a date by which the Joint Motion to Dismiss will be filed;

23   C.   If the parties settle less than 24 hours before the conference, counsel

24   for the settling parties must JOINTLY call chambers and inform the Court of the

25   settlement and receive Court permission to not appear at the ENE.

26   In the event the case does not settle at the Early Neutral Evaluation Conference, the

27   parties shall also be prepared to discuss the following matters at the conclusion of the

28   conference.

1      1.      Any anticipated objections under Federal Rule of Civil Procedure

2  26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure

3  26(a)(1)(A-D);

4      2.      The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

5      3.      The date of initial disclosure and the date for lodging the discovery plan

6  following the Rule 26(f) conference; and,

7      4.      The scheduling of a Case Management Conference pursuant to Federal Rule

8  of Civil Procedure 16(b).

9  **Video Conference Instructions:**

10      1.      The Court will use its official Zoom video conferencing account to hold the

11  ENE.  IF YOU ARE UNFAMILIAR WITH ZOOM: Zoom is available on computers

12  through a download on the Zoom website (https://zoom.us/meetings) or on mobile

13  devices through the installation of a free app.[2]  Joining a Zoom conference does not

14  require creating a Zoom account, but it does require downloading the .exe file (if using a

15  computer) or the app (if using a mobile device).  Participants are encouraged to create an

16  account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[3]

17  There is a cost-free option for creating a Zoom account.

18      2.      Prior to the start of the ENE, the Court will email counsel for each party an

19  invitation to join a Zoom video conference that they must provide to participating

20  client(s).  The Court will send the invitation to the email addresses listed for counsel in

21  the case docket.  If counsel does not receive an invitation to join the Zoom video

22  conference by **May 4, 2021**, please email chambers at efile_skomal@casd.uscourts.gov.

23  Again, if possible, participants are encouraged to use laptops or desktop computers for

24

25

26  [2] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

27  [3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

28

20-cv-00293-L-BGS

the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding. Zoom may then prompt participants to enter the password included in the invitation.[4] All participants will be placed in a waiting room until the ENE begins.

3.      Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at 2:00 PM. The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.

4.      Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. The Court may divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[5]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5.      All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person, *i.e.*, cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

---

[4] A Meeting ID will also be included and may be used along with the password to access the conference if necessary.

[5] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

20-cv-00293-L-BGS

1     Questions regarding this case may be directed to Judge Skomal's research attorney

2  at (619) 557-2993.  Please consult Judge Skomal's chambers rules, available on the

3  Court's website, before contacting chambers with your questions.

4     **IT IS SO ORDERED.**

5  Dated:  February 26, 2021

6                                                    _____

7                                                    Hon. Bernard G. Skomal
                                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20-cv-00293-L-BGS